✓FILED ___RECEIVED
✓ENTERED ✓SERVED ON
COUNSEL/PARTIES OF RECORD

2003 DEC -3  A 8: 22

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAMUEL BASS, individually and as Guardian Ad Litem for MADISON BASS, DAVIS BASS and HARRISON BASS, minors, and SAMUEL BASS, as Special Administrator of the Estate of REBECCA BASS, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>HERBALIFE INTERNATIONAL, INC., and HERBALIFE INTERNATIONAL OF AMERICA, INC.,<br><br>Defendants. | CV-S-03-1226-PMP (PAL)<br><br>O R D E R |

On October 30, 2003, Plaintiffs filed a Motion to Enlarge Time in Which to File Plaintiffs' Motion to Remand (#10). A review of the Court's file shows that to date, Defendants have failed to oppose Plaintiff's Motion to Enlarge Time. Therefore, pursuant to the provisions of Local Rule 7-2(d) of the Rules of Practice of the United States District Court for the District of Nevada, Defendants consent to the granting of Plaintiff's Motion.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Enlarge Time in Which to File Plaintiffs' Motion to Remand (#10) is granted. Plaintiffs' Motion to Remand shall be referred to the undersigned for consideration when fully briefed.

DATED: December 2, 2003

PHILIP M. PRO
Chief United States District Judge