**ORIGINAL**

FILED __RECEIVED
ENTERED __SERVED ON
COUNSEL/PARTIES OF RECORD

2003 DEC 16  P 3: 10

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SAMUEL BASS, ET AL., | § | CV-S-03-PMP (LRL) |
| | § | |
| Plaintiffs, | § | NOTICE OF ENTRY OF ORDER |
| | § | |
| | | CV-S-03-1226-PMP(PAL) |
| vs. | § | Date: December 3, 2003 |
| | § | |
| HERBALIFE INTERNATIONAL, INC., ET AL. AND HERBALIFE INTERNATIONAL OF AMERICA, INC. | § § § § | |
| Defendants. | § | |

## NOTICE OF ENTRY OF ORDER

TO: ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that on the _9th_ day of December, 2003, an Order for Dismissal was entered in the above-entitled action, a copy of which is attached hereto.

DATED this _15th_ day of December, 2003.

GILLOCK MARKLEY & KILLEBREW

By _____
GERALD I. GILLOCK, ESQ.
Nevada Bar No. 000051
JANET S. MARKLEY, ESQ.
Nevada Bar No. 004009
428 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

31

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the foregoing Executed Stipulation and Order of Voluntary Dismissal has been forwarded to all known counsel of record herein pursuant to the Federal Rules of Civil Procedure via U.S. Postal Service on this the 15th day of December, 2003.

Edward Blizzard
Scott Nabers
BLIZZARD, McCARTHY & NABERS
440 Louisiana, Suite 1710
Houston, Texas 77002

Steve Morris
Christina C. Stipp
MORRIS PICKERING & SANNER
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

Joanne M. Gray
Adam B. Michaels
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022

Richard A. Oetheimer
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109

An Employee of Gillock Markley & Killebrew

● **ORIGINAL** ●

FILED ✓RECEIVED
ENTERED___SERVED ON
COUNSEL/PARTIES OF RECORD

2003 DEC -9 P 3:53
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY_____DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CV-S-03-1226-PMP(LRL)

SAMUEL BASS, ET AL.,    §    CV-S-03-PMP (LRL)
                        §
            Plaintiffs, §    **STIPULATION AND ORDER OF**
                        §    **VOLUNTARY DISMISSAL**
vs.                     §    **WITHOUT PREJUDICE**
                        §
HERBALIFE INTERNATIONAL, INC., §
ET AL.AND HERBALIFE INTER- §
NATIONAL OF AMERICA, INC. §
                        §
            Defendants. §
_____§

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs, SAMUEL BASS, individually and as Guardian Ad Litem for MADISON BASS, DAVIS BASS and HARRISON BASS, minors and SAMUEL BASS as Special Administrator of the Estate of REBECCA BASS, Deceased, ("Plaintiffs") and Defendants Herbalife International, Inc. ("Herbalife International") and Herbalife International of America, Inc. ("Herbalife America"), make and file this their Stipulation of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and in support thereof, respectfully show the Court as follows:

1. Plaintiffs are Samuel Bass, individually and as Guardian Ad Litem for Madison Bass, Davis Bass and Harrison Bass, minors and Samuel Bass as Special Administrator of the Estate of Rebecca Bass, Deceased ("Plaintiffs"). Defendants are Herbalife International, Inc. ("Herbalife International") and Herbalife International of America, Inc. ("Herbalife America").

30